IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PRENATT,

      Plaintiff,                    2:06-cv-1633-GEB-DAD-PS

   vs.

G.W. WILLIAMS CO., et al.,

      Defendants.             ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action challenging actions that took place in the state courts in 1997. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 6, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 6, 2007, are adopted in full;

2. Plaintiff's federal claims are dismissed with prejudice for failure to state a claim on which relief may be granted; and

3. Plaintiff's supplemental state claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

Dated: November 29, 2007

GARLAND E. BURRELL, JR.
United States District Judge